IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AREZOU DADGAR and ANGELS HOSPICE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants.<br>_____/ | No. C 10-MISC-80282 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION TO DISMISS |

   The Court has reviewed Magistrate Judge LaPorte's Report and Recommendation Re Motion to Dismiss Petition to Quash.  The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

   IT IS HEREBY ORDERED that the Motion to Dismiss Petition to Quash is GRANTED pursuant to Rule 12(b)(1).


Dated: 2/10/2011                          _____
                                          CLAUDIA WILKEN
                                          United States District Judge